Daniel K. Brough (Utah Bar No. 10283)
BENNETT TUELLER JOHNSON & DEERE
3165 East Millrock Drive, Suite 500
Salt Lake City, Utah 84121
Telephone: (801) 438-2000
Facsimile: (801) 438-2050
Email: dbrough@btjd.com

*Attorneys for Defendants William Bowser, Noah Corporation, and Gabriel Management Corporation*

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| ROSA DiTUCCI, an individual; STEVEN R. LaROZA, an individual; DEBRA A. LaROZA, an individual; BRUCE I. ROSE, an individual; MAUREEN A. ROSE, an individual; SANFORD ROBERTS, an individual; HELAINE B. ROBERTS, an individual; RUSSELL E. HERTRICH, an individual; FRED JACOB, an individual; EDWARD A. HENNESSEY, an individual, PAMELA A. CAPLINGER, an individual, on behalf of the ESTATE OF JAMES M. CAPLINGER, JR.; RUSSELL E. HERTRICH REVOCABLE TRUST; SANFORD ROBERTS REVOCABLE TRUST; HELAINE B. ROBERTS REVOCABLE TRUST; THE FRED JACOB LIVING TRUST; EDWARD A. HENNESSY 2001 REVOCABLE TRUST; CAMAC, INC., a Kansas corporation; and BLUSH PROPERTY, LLC, a Florida limited liability company;<br><br>    Plaintiffs,<br><br>vs.<br><br>CHRISTOPHER J. ASHBY, an individual; JOHN D. HAMRICK, an individual; JORDAN S. NELSON, an individual; WILLIAM BOWSER, an individual; SCOTT B. | **NOTICE OF APPEARANCE OF COUNSEL**<br><br>Case No.  2:19-CV-00277-DBP<br><br>District Judge Clark Waddoups |

| | |
|---|---|
| LeFEVRE, an individual; CHRIS BROWN, an individual; SCOTT RUTHERFORD, an individual; ROCKWELL DEBT FREE PROPERTIES, a Utah corporation; ROCKWELL TIC, INC., a Utah corporation; NOAH CORPORATION, a Utah corporation; EDMUND AND WHEELER, a New Hampshire corporation; ROCKWELL INDIANAPOLIS, LLC, a Utah limited liability company; GABRIEL MANAGEMENT CORPORATION, a Utah corporation; LeFEVRE MANAGEMENT, INC. d/b/a CADENCE PROPERTY ADVISORS d/b/a CADENCE PROPERTY ADMINISTRATORS, a Utah corporation; JOHN DOES 1–X, and ROE CORPORATIONS I–X,<br><br>    Defendants. | |

Please take notice that on this 28th day of May, 2019, Daniel K. Brough and the law firm of Bennett Tueller Johnson & Deere hereby appear as counsel on behalf of Defendants William Bowser, Noah Corporation, and Gabriel Management Corporation (collectively, "Defendants"). All papers, filings, pleadings, correspondence, and other documents and information related to the above-captioned proceeding should be served upon Defendants' counsel utilizing the following contact information:

   Daniel K. Brough
   BENNETT TUELLER JOHNSON & DEERE
   3165 East Millrock Drive, Suite 500
   Salt Lake City, Utah 84121
   Telephone: (801) 438-2000
   Facsimile: (801) 438-2050
   Email: dbrough@btjd.com

DATED this 28th day of May, 2019.

                              BENNETT TUELLER JOHNSON & DEERE

                              /s/ Daniel K. Brough
                              Daniel K. Brough

                              *Attorneys for Defendants William Bowser, Noah Corporation, and Gabriel Management Corporation*

**CERTIFICATE OF SERVICE**

I certify that on the 28th day of May, 2019, I caused the foregoing **NOTICE OF APPEARANCE OF COUNSEL** to be electronically filed utilizing the Court's CM/ECF system, which delivered immediate notice of the same to the following:

Wesley D. Felix
Andrew G. Deiss
Brenda E. Weinberg
DEISS LAW PC
10 West 100 South, Suite 425
Salt Lake City, UT 84101
wfelix@deisslaw.com
adeiss@deisslaw.com
bweinberg@deisslaw.com

/s/ Daniel K. Brough