Daniel K. Brough (Utah Bar No. 10283)
BENNETT TUELLER JOHNSON & DEERE
3165 East Millrock Drive, Suite 500
Salt Lake City, Utah 84121
Telephone: (801) 438-2000
Facsimile: (801) 438-2050
Email: dbrough@btjd.com

*Attorneys for Defendants William Bowser, Noah Corporation, and Gabriel Management Corporation*

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| ROSA DiTUCCI, an individual; STEVEN R. LaROZA, an individual; DEBRA A. LaROZA, an individual; BRUCE I. ROSE, an individual; MAUREEN A. ROSE, an individual; SANFORD ROBERTS, an individual; HELAINE B. ROBERTS, an individual; RUSSELL E. HERTRICH, an individual; FRED JACOB, an individual; EDWARD A. HENNESSEY, an individual, PAMELA A. CAPLINGER, an individual, on behalf of the ESTATE OF JAMES M. CAPLINGER, JR.; RUSSELL E. HERTRICH REVOCABLE TRUST; SANFORD ROBERTS REVOCABLE TRUST; HELAINE B. ROBERTS REVOCABLE TRUST; THE FRED JACOB LIVING TRUST; EDWARD A. HENNESSY 2001 REVOCABLE TRUST; CAMAC, INC., a Kansas corporation; and BLUSH PROPERTY, LLC, a Florida limited liability company; <br><br>    Plaintiffs, <br><br> vs. <br><br> CHRISTOPHER J. ASHBY, an individual; JOHN D. HAMRICK, an individual; JORDAN S. NELSON, an individual; WILLIAM BOWSER, an individual; SCOTT B. | **NOAH CORPORATION'S NOTICE OF FILING OF CHAPTER 11 BANKRUPTCY** <br><br> Case No. 2:19-CV-00277-DBP <br><br> District Judge Clark Waddoups |

| | |
|---|---|
| LeFEVRE, an individual; CHRIS BROWN, an individual; SCOTT RUTHERFORD, an individual; ROCKWELL DEBT FREE PROPERTIES, a Utah corporation; ROCKWELL TIC, INC., a Utah corporation; NOAH CORPORATION, a Utah corporation; EDMUND AND WHEELER, a New Hampshire corporation; ROCKWELL INDIANAPOLIS, LLC, a Utah limited liability company; GABRIEL MANAGEMENT CORPORATION, a Utah corporation; LeFEVRE MANAGEMENT, INC. d/b/a CADENCE PROPERTY ADVISORS d/b/a CADENCE PROPERTY ADMINISTRATORS, a Utah corporation; JOHN DOES 1–X, and ROE CORPORATIONS I–X,<br><br>    Defendants. | |

Defendants William Bowser, Noah Corporation, and Gabriel Management Corporation, by and through counsel, hereby furnishes notice that on May 28, 2019, Noah Corporation filed a petition for bankruptcy pursuant to Chapter 11 of the Bankruptcy Code.  The bankruptcy proceeding is pending in the United States Bankruptcy Court for the District of Utah and bears Case No. 19-23840.

DATED this 28th day of May, 2019.

                                        BENNETT TUELLER JOHNSON & DEERE


                                        /s/ Daniel K. Brough
                                        Daniel K. Brough

                                        *Attorneys for Defendants William Bowser, Noah Corporation, and Gabriel Management Corporation*

## CERTIFICATE OF SERVICE

I certify that on the 28th day of May, 2019, I caused the foregoing **NOAH CORPORATION'S NOTICE OF FILING OF CHAPTER 11 BANKRUPTCY** to be electronically filed utilizing the Court's CM/ECF system, which delivered immediate notice of the same to the following:

> Wesley D. Felix
> Andrew G. Deiss
> Brenda E. Weinberg
> DEISS LAW PC
> 10 West 100 South, Suite 425
> Salt Lake City, UT 84101
> wfelix@deisslaw.com
> adeiss@deisslaw.com
> bweinberg@deisslaw.com

/s/ Daniel K. Brough