Daniel K. Brough (Utah Bar No. 10283)
Ryan M. Merriman (Utah Bar No. 14720)
BENNETT TUELLER JOHNSON & DEERE
3165 East Millrock Drive, Suite 500
Salt Lake City, Utah 84121
Telephone: (801) 438-2000
Facsimile: (801) 438-2050
Email: dbrough@btjd.com, rmerriman@btjd.com

*Attorneys for Defendants William Bowser, Noah Corporation, and Gabriel Management Corporation*

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH**

**CENTRAL DIVISION**

| | |
|---|---|
| ROSA DiTUCCI, an individual; *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>WILLIAM BOWSER, an individual; *et al.*,<br><br>    Defendants. | **NOTICE OF INTERLOCUTORY APPEAL**<br><br>Case No. 2:19-CV-00277-TC<br><br>District Judge Tena Campbell |

Defendants William Bowser and Gabriel Management Corporation, by and through counsel and pursuant to Federal Rules of Appellate Procedure 3 and 4, 28 U.S.C. § 1292(a)(1), and the collateral order exception to 28 U.S.C. § 1291, appeal the Court's June 24, 2019, Order and Memorandum Decision Granting Prejudgment Writ of Attachment (the "Order") to the United States Court of Appeals for the Tenth Circuit.

DATED this 24th day of July, 2019.

        BENNETT TUELLER JOHNSON & DEERE

        /s/ Daniel K. Brough
        Daniel K. Brough
        Ryan M. Merriman

        *Attorneys for Defendants William Bowser, Noah Corporation, and Gabriel Management Corporation*

## CERTIFICATE OF SERVICE

I certify that on the 24th day of July, 2019, I caused the foregoing **NOTICE OF INTERLOCUTORY APPEAL** to be electronically filed utilizing the Court's CM/ECF system, which delivered immediate notice of the same to the following:

Wesley D. Felix
Andrew G. Deiss
Brenda E. Weinberg
DEISS LAW PC
10 West 100 South, Suite 425
Salt Lake City, UT 84101
wfelix@deisslaw.com
adeiss@deisslaw.com
bweinberg@deisslaw.com

Julie E. Kenworthy
Ryan C. Cadwallader
KIRTON McCONKIE
36 South State Street, Suite 1900
P.O. Box 45120
Salt Lake City, UT 84145-3600
jkenworthy@kmclaw.com
rcadwallader@kmclaw.com

David L. Mortensen
STOEL RIVES LLP
201 South Main Street, Suite 1100
Salt Lake City, UT 84111
david.mortensen@stoel.com

J. Ryan Mitchell
MITCHELL BARLOW & MANSFIELD, P.C.
Boston Building
9 Exchange Place, Suite 600
Salt Lake City, UT 84111
rmitchell@mbmlawyers.com

Scott D. Sweeney
WILSON ELSER MOSKOWITZ ELDEMAN & DICKER LLP
1225 17th Street, Suite 2750
Denver, CO 80202
Scott.Sweeney@wilsonelser.com

/s/ Daniel K. Brough