# EXHIBIT 3



## FW: title commitment for my Noah Carmel In purchase

-----Original Message-----
From: Linda Camp <linda@lindacamp.com>
Sent: Sunday, April 7, 2019 8:00 PM
To: 'kparkin@firstam.com' <kparkin@firstam.com>
Subject: FW: title commitment for my Noah Carmel In purchase


I never heard back from you.........


-----Original Message-----

From: Linda Camp <linda@lindacamp.com>

Sent: Sunday, March 31, 2019 7:37 PM

To: 'kparkin@firstam.com' <kparkin@firstam.com>

Subject: title commitment for my Noah Carmel In purchase


Sorry for separate attachments.  My efax is down so I had to scan each one.


It was only this week I received my First American Title Commitment with the Schedule A, Schedule B and Exhibit A for portion of shares to purchase September 2018 Kindercare, Puyallup, WA.

For Noah Carmel ID. I only have the following attached documents. I am missing the Title Commitment, Schedule A, B and anything else that would be a part of the Title Commitment.

　　　　　I have never received them.

Will you please provide at  your soonest.

Thank you,


Linda S. Camp-Merklin

321-377-3052

linda@lindacamp.com

Bryan A. Merklin

352-223-5547

bryan@bryanmerklin.com


_____
_____



From: Parkin, Kirsten < >

Sent: Thursday, August 9, 2018 11:35 AM

To: Scott Rodli <scott@erg1031.com>; Scott Beynon <scott@rockwelltic.com>; Christopher J. Ashby <chris@rockwelltic.com>; Greg DeSalvo <gdesa5@yahoo.com>; Dave Foster <dave@erg1031.com>; Linda C <linda@lindacamp.com>

Subject: 1031 Exchange - 13315 Illinois St, Carmel, IN 46032 - Blush Property, LLC


Thanks!


Kirsten Parkin

Commercial Escrow Officer

First American Title Insurance Company  ~  National Commercial Services One Point of Contact For All Your Local and National Real Estate Needs

215 South State Street, Suite 380, Salt Lake City, Utah 84111

Direct 801-578-8876     eFax 866-344-5051

_____

**7 attachments**



**Image (2).jpg**
428K

**Image (4).jpg**
506K



**Image (5).jpg**
835K



**Image (6).jpg**
797K



**Image (7).jpg**
645K

**Image (8).jpg**
818K





**Image (9).jpg**
819K