# EXHIBIT 4

**From:** Saez, Felicia <fsaez@firstam.com>
**To:** Rosa Ditucci <rosaditucci@ymail.com>
**Sent:** Thursday, June 20, 2019, 3:45:33 PM EDT
**Subject:** Title Policy

Hello Rosa,

Attached is the endorsement and policy for the Indiana interest purchase.

As far as your other question, we do not have an agreement with Rockwell.

Our process is, when we receive the signed documents and the funds, we disburse according to the Settlement Statement and record the documents.

Every state is different on how recordings are handled. Indiana allows for recording after the funding.

*Thank you*

# Felicia

** Please include our file number in all correspondence, if available **

**Felicia Saez - Licensed Escrow Officer**

**Associate of  Kirsten Parkin, Commercial Escrow Officer and Jacqueline Harrah, Commercial Escrow Officer**

**First American Title Insurance Company  ~  National Commercial Services**

**One Point of Contact For All Your Local and National Real Estate Needs**

**215 South State Street, Suite 380, Salt Lake City, Utah 84111**

Direct 801-578-8805    eFax 866-344-5051

***Should we receive emailed wiring instructions please understand that we will need to telephone a trusted individual to confirm the authenticity of the instructions prior to releasing the wire.  The safety of your funds is important to us and with wire fraud on the rise we do want to add a layer of protection.***

**From:** Rosa Ditucci <rosaditucci@ymail.com>
**Sent:** Thursday, June 20, 2019 7:36 AM
**To:** Saez, Felicia <fsaez@firstam.com>
**Subject:** [External] Title Policy

Hi Felicia - I had asked for a copy of my Title Insurance Policy and any documents associated with my purchase of the Rockwell property in Carmel Indiana. I did not receive them. Can you please send that to me by email, as well as any documents related to  my closing.

I had also asked for the agreement between Rockwell and First American regarding the duties of First American Title regarding this closing. Can you tell me what services you were supposed to provide to the urchasers of these properties?

Thank you

Rosa DiTucci

*************************************************************************************
This message may contain confidential or proprietary information intended only for the use of the addressee(s) named above or may contain information that is legally privileged. If you are not the intended addressee, or the person responsible for delivering it to the intended addressee, you are hereby notified that reading, disseminating, distributing or copying this message is strictly prohibited. If you have received this message by mistake, please immediately notify us by replying to the message and delete the original message and any copies immediately thereafter.

If you received this email as a commercial message and would like to opt out of future commercial messages, please let us know and we will remove you from our distribution list.