# EXHIBIT 6

**CLTA Form 107.2-06 (03-09-07)**            *Amount of Insurance, Increase*
**ALTA - Owner or Lender**

ENDORSEMENT
Attached to Policy No.
Issued by
BLANK TITLE INSURANCE COMPANY

      The Company increases the Amount of Insurance from $_____
to $_____, effective as of Date of Policy.

This endorsement is issued as part of the policy. Except as it expressly states, it does not (i) modify any of the terms and provisions of the policy, (ii) modify any prior endorsements, (iii) extend the Date of Policy, or (iv) increase the Amount of Insurance. To the extent a provision of the policy or a previous endorsement is inconsistent with an express provision of this endorsement, this endorsement controls. Otherwise, this endorsement is subject to all of the terms and provisions of the policy and of any prior endorsements.

                                                                                              BLANK TITLE INSURANCE COMPANY

Date:                                                By_____

CLTA Form 107.2-06 (03-09-07)
ALTA - Owner or Lender
