# ATTACHMENT B

STAYED,(b)(1)(A),MAG,JURY,LC1,OPEN_MJ

**US District Court Electronic Case Filing System**
**District of Utah (Central)**
**CIVIL DOCKET FOR CASE #: 2:20-cv-00004-DBB-DAO**

Fucci et al v. Bowser et al
Assigned to: Judge David Barlow
Referred to: Magistrate Judge Daphne A. Oberg
Cause: 15:0078m(a) Securities Exchange Act

Date Filed: 01/03/2020
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

**Plaintiff**

**Christopher C. Fucci**
*an individual*

represented by **Reid W. Lambert**
STRONG & HANNI
102 S 200 E STE 800
SALT LAKE CITY, UT 84111
(801)532-7080
Email: rlambert@strongandhanni.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Jesse Davis**
STRONG & HANNI
102 S 200 E STE 800
SALT LAKE CITY, UT 84111
(801)532-7080
Email: jdavis@strongandhanni.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ambleside Park**
*a New Hampshire corporation*

represented by **Reid W. Lambert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Jesse Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Harder**
*trustee of the Richard and Susan Harder
Living Trust*

represented by **Reid W. Lambert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Jesse Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Susan Harder**
*trustee of the Richard and Susan Harder Living Trust*

represented by **Reid W. Lambert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Jesse Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nina D. Johannessen**
*trustee of the Nina D. Johannessen Living Trust*

represented by **Reid W. Lambert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Jesse Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eugene Spiritus**
*trustee of the Spiritus Revocable Trust*

represented by **Reid W. Lambert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Jesse Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Susan Spiritus**
*trustee of the Spiritus Revocable Trust*

represented by **Reid W. Lambert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Jesse Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Josie Addamo**
*trustee of The Addamo 12/9/04 Family Trust*

represented by **Reid W. Lambert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Jesse Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barney Addamo**
*trustee of The Addamo 12/9/04 Family Trust*

represented by **Reid W. Lambert**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Jesse Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ross R. Greco**　　　　　　　　　　represented by　**Reid W. Lambert**
*individual*　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　**R. Jesse Davis**
　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Linda M. Greco**　　　　　　　　　represented by　**Reid W. Lambert**
*individual*　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　**R. Jesse Davis**
　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**E&H Jackson LLC**　　　　　　　　represented by　**Reid W. Lambert**
*a Florida Limited Liability Company*　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　**R. Jesse Davis**
　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**G. Scott Coleman**　　　　　　　　represented by　**Reid W. Lambert**
*trustee of the G. Scott Coleman Trust*　　　　　　　(See above for address)
*(12/1/04), an individual*　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　**R. Jesse Davis**
　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anson Smith**　　　　　　　　　　represented by　**Reid W. Lambert**
*individual*　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**R. Jesse Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Genevieve Smith**                          represented by   **Reid W. Lambert**
*individual*                                                  (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **R. Jesse Davis**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Liem Quang Le**                            represented by   **Reid W. Lambert**
*an individual*                                               (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **R. Jesse Davis**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bernie Bromberg**                          represented by   **Reid W. Lambert**
*trustee of The Bromberg Trust*                               (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **R. Jesse Davis**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gary R. Neil**                             represented by   **Reid W. Lambert**
*an individual*                                               (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **R. Jesse Davis**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**AmFil Realty**                             represented by   **Reid W. Lambert**
*a New York Limited Liability Company*                        (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **R. Jesse Davis**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**W. Mark McKoy**
*trustee of The W. Mark McKoy Irrevocable*
*Trust of 2012*

represented by **Reid W. Lambert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Jesse Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**BP412 LLC**
*an Ohio Limited Liability Company*

represented by **Reid W. Lambert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Jesse Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas B. Tarbet**
*an individual*

represented by **Reid W. Lambert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Jesse Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Zambito**
*Trustee of The Joseph and Grace Zambito*
*Family Trust (6/26/15)*

represented by **Reid W. Lambert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Jesse Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Louis Zambito**
*Trustee of The Joseph and Grace Zambito*
*Family Trust (6/26/15)*

represented by **Reid W. Lambert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Jesse Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Prudence Maxon**
*an individual*

represented by **Reid W. Lambert**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Jesse Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Timothy D. Maxon**                          represented by   **Reid W. Lambert**
*an individual*                                                (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Jesse Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maxon-Multiline**                           represented by   **Reid W. Lambert**
*a Florida Limited Liability Company*                          (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Jesse Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Linda Tierney**                             represented by   **Reid W. Lambert**
*trustees of The Tierney Revocable Living*                     (See above for address)
*Trust u/t/d 8/20/18*                                          *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Jesse Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Martin Tierney**                            represented by   **Reid W. Lambert**
*trustees of The Tierney Revocable Living*                     (See above for address)
*Trust u/t/d 8/20/18*                                          *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Jesse Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Real Mint, The**                            represented by   **Reid W. Lambert**
*a Virginia Limited Liability Company*                         (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Jesse Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Gertraude Winkler**                    represented by   **Reid W. Lambert**
*an individual*                                          (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **R. Jesse Davis**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Ryan V. Andreasen**                    represented by   **Reid W. Lambert**
*an individual*                                          (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **R. Jesse Davis**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Alena C. Andreasen**                   represented by   **Reid W. Lambert**
*an individual*                                          (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **R. Jesse Davis**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Norman L. Merritt**                    represented by   **Reid W. Lambert**
*an individual*                                          (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **R. Jesse Davis**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Armenay Faye Merritt**                 represented by   **Reid W. Lambert**
*an individual*                                          (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **R. Jesse Davis**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jean M. Bonetti**
*an individual*

represented by **Reid W. Lambert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Jesse Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Henry Noahs Dublin LLC**
*a New York Limited Liability Company*

represented by **Reid W. Lambert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Jesse Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Voynovich Ventures**
*a New York Limited Company*

represented by **Reid W. Lambert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Jesse Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jean Pierre Samson**
*an individual*

represented by **Reid W. Lambert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Jesse Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer Samson**
*an individual*

represented by **Reid W. Lambert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Jesse Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lawrence H. Talbot**
*an individual*

represented by **Reid W. Lambert**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Jesse Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Russell M. Talbot**
*an individual*

represented by **Reid W. Lambert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Jesse Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carl A. Lillmars, Jr.**
*an individual*

represented by **Reid W. Lambert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Jesse Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donna M. Lillmars**
*an individual*

represented by **Reid W. Lambert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Jesse Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Craig A. Cousins**
*trustee of The Craig A. Cousins Trust, UTD 5/29/2014*

represented by **Reid W. Lambert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Jesse Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Henryk Sarat**
*an individual*

represented by **Reid W. Lambert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Jesse Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Digiacomo**                                    represented by    **Reid W. Lambert**
*trustee of The Michael Digiacomo and*                                    (See above for address)
*Linda Digiacomo Revocable Trust*                                         *LEAD ATTORNEY*
*(3/20/2001)*                                                             *ATTORNEY TO BE NOTICED*

**R. Jesse Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Linda Digiacomo**                                      represented by    **Reid W. Lambert**
*trustee of The Michael Digiacomo and*                                    (See above for address)
*Linda Digiacomo Revocable Trust*                                         *LEAD ATTORNEY*
*(3/20/2001)*                                                             *ATTORNEY TO BE NOTICED*

**R. Jesse Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rock Noah Oh LLC**                                     represented by    **Reid W. Lambert**
*an Ohio Limited Liability Company*                                       (See above for address)
                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*

**R. Jesse Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tracy L. Adame**                                       represented by    **Reid W. Lambert**
*an individual*                                                           (See above for address)
                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*

**R. Jesse Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Michael Lalli, III**                             represented by    **Reid W. Lambert**
*an individual*                                                           (See above for address)
                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*

**R. Jesse Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William G. Wright**
*an individual*

represented by   **Reid W. Lambert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Jesse Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Susan M. Wright**
*an individual*

represented by   **Reid W. Lambert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Jesse Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**EC9 Holdings**
*a Florida limited liability company*

represented by   **Reid W. Lambert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Jesse Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter Boli**
*trustee of the Boli Family Trust Dated 5/13/1987*

represented by   **Reid W. Lambert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Jesse Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ivy S. Fasko**
*an individual*

represented by   **Reid W. Lambert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Jesse Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**R&J Steck Investments**
*a Utah limited liability company*

represented by   **Reid W. Lambert**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Jesse Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alan Seshiki**
*trustee of The 2016 Seshiki Family Trust*

represented by **Reid W. Lambert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Jesse Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alma Seshiki**
*trustee of The 2016 Seshiki Family Trust*

represented by **Reid W. Lambert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Jesse Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Merle L. Steinman, Jr.**
*an individual*

represented by **Reid W. Lambert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Jesse Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas E. Funk**
*trustee of the Stephen W. Funk T/U/A Dated 3/18/2005 TBO Thomas E Funk*

represented by **Reid W. Lambert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Jesse Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Judy Hendrix**
*trustee of The Hendrix Living Trust*

represented by **Reid W. Lambert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Jesse Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Oak Hill Management**                          represented by    **Reid W. Lambert**
*a Vermont Corporation*                                            (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **R. Jesse Davis**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Theodore E. Keith**                            represented by    **Reid W. Lambert**
*an individual*                                                   (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **R. Jesse Davis**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dena A. Keith**                                represented by    **Reid W. Lambert**
*an individual*                                                   (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **R. Jesse Davis**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Harvey A. Paul**                               represented by    **Reid W. Lambert**
*an individual*                                                   (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **R. Jesse Davis**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donald P. Smith**                              represented by    **Reid W. Lambert**
*an individual*                                                   (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **R. Jesse Davis**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**Rosemary B. Smith**
*an individual*

represented by **Reid W. Lambert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Jesse Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**Luann Properties**
*a Georgia Limited Liability Company*

represented by **Reid W. Lambert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Jesse Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**<u>Defendant</u>**

**William Bowser**
*an individual*

represented by **Daniel K. Brough**
BENNETT TUELLER JOHNSON &
DEERE PC
3165 E MILLROCK DR 5TH FL
SALT LAKE CITY, UT 84121
(801)438-2000
Email: dbrough@btjd.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**Walby Inc**
*a Utah corporation*

**<u>Defendant</u>**

**Gabriel Management**
*a Utah corporation*

represented by **Daniel K. Brough**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**J&J Cubit Construction**
*a Utah Corporation*

represented by **Joseph M. Stultz**
YORK HOWELL & GUYMON
10610 S JORDAN GATEWAY STE 200
SOUTH JORDAN, UT 84095
(801)527-1040
Email: joe@yorkhowell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Landon A. Allred
YORK HOWELL & GUYMON
10610 S JORDAN GATEWAY STE 200
SOUTH JORDAN, UT 84095
(801)527-1040
Email: landon@yorkhowell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Brandon M. Jensen**                  represented by   **Joseph M. Stultz**
*an individual*                                         (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Landon A. Allred**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Scott Jensen**                       represented by   **Joseph M. Stultz**
*an individual*                                         (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Landon A. Allred**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Kate Jensen**
*an individual*

**Defendant**

**Chris Winkle**
*an individual*

**Defendant**

**Rockwell Debt Free Properties**      represented by   **Chad S. Pehrson**
*a Utah Corporation*                                    PARR BROWN GEE & LOVELESS
                                                        101 S 200 E STE 700
                                                        SALT LAKE CITY, UT 84111
                                                        (801) 257-7989
                                                        Email: cpehrson@parrbrown.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jonathan O. Hafen**
                                                        PARR BROWN GEE & LOVELESS
                                                        101 S 200 E STE 700

SALT LAKE CITY, UT 84111
(801) 532-7840
Email: jhafen@parrbrown.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Royce B. Covington**
PARR BROWN GEE & LOVELESS
101 S 200 E STE 700
SALT LAKE CITY, UT 84111
(801) 532-7840
Email: rcovington@parrbrown.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sara M. Nielson**
PARR BROWN GEE & LOVELESS
101 S 200 E STE 700
SALT LAKE CITY, UT 84111
(801)532-7840
Email: snielson@parrbrown.com
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Rockwell TIC**                    represented by   **Chad S. Pehrson**
*a Utah Corporation*                                 (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Jonathan O. Hafen**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Sara M. Nielson**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Christopher J. Ashby**            represented by   **Chad S. Pehrson**
*an individual*                                      (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Jonathan O. Hafen**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Sara M. Nielson**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Jordan S. Nelson**
*an individual*

represented by **Chad S. Pehrson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan O. Hafen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sara M. Nielson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Scott W. Beynon**
*an individual*

represented by **Chad S. Pehrson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan O. Hafen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sara M. Nielson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**First American Title Insurance Company**
*a Nebraska Corporation*

represented by **Erik A. Christiansen**
PARSONS BEHLE & LATIMER
201 S MAIN ST STE 1800
PO BOX 45898
SALT LAKE CITY, UT 84145-0898
(801)532-1234
Email: echristiansen@parsonsbehle.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey C. Corey**
PARSONS BEHLE & LATIMER
201 S MAIN ST STE 1800
PO BOX 45898
SALT LAKE CITY, UT 84145-0898
(801)536-6926
Email: ecf@parsonsbehle.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas W. Henkin**
DENTONS US LLP
1221 AVE OF THE AMERICAS
NEW YORK, NY 10020

212-768-6832
Email: douglas.henkin@dentons.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kirsten Parkin**
*an individual*

represented by **Erik A. Christiansen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey C. Corey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas W. Henkin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Edmund & Wheeler**
*a New Hampshire Corporation*

represented by **Scott D. Sweeney**
WILSON ELSER MOSKOWITZ
ELDEMAN & DICKER LLP
1225 17TH ST STE 2750
DENVER, CO 80202
(303)572-5300
Email: scott.sweeney@wilsonelser.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John D. Hamrick**
*an individual*

represented by **Scott D. Sweeney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Chris Brown**
*an individual*

represented by **Scott D. Sweeney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Belle Isle Enterprises**
*a Florida Limited Liability Company*

**Defendant**

**Results Real Estate Partners**
*a Florida Limited Liability Company*

**Defendant**

**Greg DeSalvo**
*an individual*

**Defendant**

**TM 1031 Exchange**                      represented by **Scott D. Sweeney**
*a California Corporation*                                   (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Tim Marshall**                               represented by **Scott D. Sweeney**
*an individual*                                           (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Eastern 1031 Starker Exchange LLC**        represented by **David L. Mortensen**
*a Pennsylvania Limited Liability Company*                         STOEL RIVES
                                                     201 S MAIN ST STE 1100
                                                     SALT LAKE CITY, UT 84111-4904
                                                     (801)328-3131
                                                     Email: dlmortensen@stoel.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Eastern 1031 Starker Exchange LLP**          represented by **David L. Mortensen**
*a Pennsylvania Limited Liability General*                          (See above for address)
*Partnership*                                                 *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Connie Greenawalt**                             represented by **David L. Mortensen**
*an individual*                                           (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/03/2020 | 1 | Case has been indexed and assigned to Magistrate Judge Dustin B. Pead. Plaintiffs Tracy L. Adame, Barney Addamo, Josie Addamo, AmFil Realty, Ambleside Park, Alena C. Andreasen, Ryan V. Andreasen, BP412 LLC, Peter Boli, Jean M. Bonetti, Bernie Bromberg, G. Scott Coleman, Craig A. Cousins, Linda Digiacomo, Michael Digiacomo, E&H Jackson LLC, EC9 Holdings, Ivy S. Fasko, Christopher C. Fucci, Thomas E. Funk, Linda M. Greco, Ross R. Greco, Richard Harder, Susan Harder, Judy Hendrix, Henry Noahs Dublin LLC, Nina D. Johannessen, Dena A. Keith, Theodore E. Keith, John Michael Lalli, III, Liem Quang Le, Carl A. Lillmars, Jr., Donna M. Lillmars, Luann Properties, Prudence Maxon, Timothy D. Maxon, Maxon-Multiline, W. Mark McKoy, Armenay Faye Merritt, Norman L. Merritt, Gary R. Neil, Oak Hill Management, Harvey A. Paul, R&J Steck Investments, Real Mint, The, Rock Noah Oh LLC, Jean Pierre Samson, Jennifer Samson, Henryk Sarat, Alan Seshiki, Alma Seshiki, Anson Smith, Donald P. Smith, Genevieve Smith, Rosemary B. Smith, Eugene Spiritus, Susan Spiritus, |

| | | |
|---|---|---|
| | | Merle L. Steinman, Jr., Lawrence H. Talbot, Russell M. Talbot, Thomas B. Tarbet, Linda Tierney, Martin Tierney, Voynovich Ventures, Gertraude Winkler, Susan M. Wright, William G. Wright, Louis Zambito, Paul Zambito is directed to E-File the <u>Complaint</u> <u>and cover sheet</u> (found under Complaints and Other Initiating Documents) and pay the filing fee of $ 400.00 by the end of the business day.<br>NOTE: The court will not have jurisdiction until the opening document is electronically filed and the filing fee paid in the CM/ECF system.<br>Civil Summons may be issued electronically. Prepare the summons using the courts <u>PDF version</u> and email it to utdecf_clerk@utd.uscourts.gov for issuance. (nl) (Entered: 01/03/2020) |
| 01/03/2020 | 2 | COMPLAINT against All Defendants (Filing fee $ 400, receipt number 1088-3453363) filed by Carl A. Lillmars, Jr, Jennifer Samson, Richard Harder, Dena A. Keith, Eugene Spiritus, AmFil Realty, Theodore E. Keith, BP412 LLC, Jean Pierre Samson, Henry Noahs Dublin LLC, Peter Boli, Armenay Faye Merritt, John Michael Lalli, III, Alma Seshiki, Susan Harder, Tracy L. Adame, Linda M. Greco, Linda Digiacomo, Gertraude Winkler, Jean M. Bonetti, Susan M. Wright, Craig A. Cousins, Thomas B. Tarbet, Alena C. Andreasen, Donald P. Smith, W. Mark McKoy, Gary R. Neil, Prudence Maxon, Susan Spiritus, Timothy D. Maxon, Paul Zambito, Louis Zambito, Michael Digiacomo, Ivy S. Fasko, Christopher C. Fucci, Real Mint, The, Henryk Sarat, Norman L. Merritt, Linda Tierney, Barney Addamo, Ross R. Greco, Anson Smith, Rosemary B. Smith, Judy Hendrix, Voynovich Ventures, Alan Seshiki, Rock Noah Oh LLC, Bernie Bromberg, Merle L. Steinman, Jr, Oak Hill Management, Russell M. Talbot, Donna M. Lillmars, Thomas E. Funk, Maxon-Multiline, Lawrence H. Talbot, Josie Addamo, Luann Properties, William G. Wright, Liem Quang Le, Nina D. Johannessen, Martin Tierney, Ryan V. Andreasen, EC9 Holdings, Ambleside Park, E&H Jackson LLC, G. Scott Coleman, R&J Steck Investments, Harvey A. Paul, Genevieve Smith. (Attachments: # 1 Civil Cover Sheet Required Civil Coversheet) Assigned to Magistrate Judge Dustin B. Pead (Lambert, Reid) (Entered: 01/03/2020) |
| 01/17/2020 | 3 | **RESTRICTED DOCUMENT**Summons Issued Electronically as to Belle Isle Enterprises.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (tlh) (Entered: 01/17/2020) |
| 01/17/2020 | 4 | **RESTRICTED DOCUMENT**Summons Issued Electronically as to Christopher J. Ashby.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (tlh) (Entered: 01/17/2020) |
| 01/17/2020 | 5 | **RESTRICTED DOCUMENT**Summons Issued Electronically as to Eastern 1031 Starker Exchange LLC.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (tlh) (Entered: 01/17/2020) |
| 01/17/2020 | 6 | **RESTRICTED DOCUMENT**Summons Issued Electronically as to Edmund & Wheeler.<br>Instructions to Counsel:<br>1. Click on the document number. |

| | | |
|---|---|---|
| | | 2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (tlh) (Entered: 01/17/2020) |
| 01/17/2020 | 7 | **RESTRICTED DOCUMENT**Summons Issued Electronically as to First American Title Company.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (tlh) (Entered: 01/17/2020) |
| 01/17/2020 | 8 | **RESTRICTED DOCUMENT**Summons Issued Electronically as to Gabriel Management.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (tlh) (Entered: 01/17/2020) |
| 01/17/2020 | 9 | **RESTRICTED DOCUMENT**Summons Issued Electronically as to Greg DeSalvo.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (tlh) (Entered: 01/17/2020) |
| 01/17/2020 | 10 | **RESTRICTED DOCUMENT**Summons Issued Electronically as to J&J Cubit Construction.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (tlh) (Entered: 01/17/2020) |
| 01/17/2020 | 11 | **RESTRICTED DOCUMENT**Summons Issued Electronically as to Jordan S. Nelson.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (tlh) (Entered: 01/17/2020) |
| 01/17/2020 | 12 | **RESTRICTED DOCUMENT**Summons Issued Electronically as to Results Real Estate Partners.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (tlh) (Entered: 01/17/2020) |
| 01/17/2020 | 13 | **RESTRICTED DOCUMENT**Summons Issued Electronically as to Rockwell Debt Free Properties.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (tlh) (Entered: 01/17/2020) |
| 01/17/2020 | 14 | **RESTRICTED DOCUMENT**Summons Issued Electronically as to Rockwell TIC.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (tlh) (Entered: 01/17/2020) |

| 01/17/2020 | 15 | **RESTRICTED DOCUMENT**Summons Issued Electronically as to Scott W. Beynon. Instructions to Counsel: 1. Click on the document number. 2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF. 3. Print the issued summons for service. (tlh) (Entered: 01/17/2020) |
|---|---|---|
| 01/17/2020 | 16 | **RESTRICTED DOCUMENT**Summons Issued Electronically as to TM 1031 Exchange. Instructions to Counsel: 1. Click on the document number. 2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF. 3. Print the issued summons for service. (tlh) (Entered: 01/17/2020) |
| 01/17/2020 | 17 | **RESTRICTED DOCUMENT**Summons Issued Electronically as to William Bowser. Instructions to Counsel: 1. Click on the document number. 2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF. 3. Print the issued summons for service. (tlh) (Entered: 01/17/2020) |
| 02/14/2020 | 18 | NOTICE of Appearance by Jeffrey C. Corey on behalf of First American Title Company, Kirsten Parkin (Corey, Jeffrey) (Entered: 02/14/2020) |
| 02/14/2020 | 19 | Stipulated MOTION for Extension of Time to File Response/Reply as to 2 Complaint,,,,, and Memorandum in Support filed by Defendants First American Title Company, Kirsten Parkin. (Attachments: # 1 Text of Proposed Order)(Corey, Jeffrey) Modified on 2/18/2020 to correct event, Motion for Extension of Time to File Answer(nl). (Entered: 02/14/2020) |
| 02/18/2020 | 20 | ORDER granting 19 Motion for Extension of Time to Answer re 2 Complaint. Answer deadline updated for First American Title Company answer due 3/3/2020; Kirsten Parkin answer due 3/3/2020. Signed by Magistrate Judge Dustin B. Pead on 2/18/2020. (nl) (Entered: 02/18/2020) |
| 03/02/2020 | 21 | MOTION for Admission Pro Hac Vice of of Douglas W. Henkin , Registration fee $ 250, receipt number AUTDC-3510082, Attorneys awaiting Pro Hac Vice admission should immediately register to efile and receive electronic notification of case activity in the District of Utah at https://www.pacer.gov/cmecf/dcbk.html. Registration requests will not be approved until the court has granted the pro hac vice motion. Instructions are available on the court's website at https://www.utd.uscourts.gov/cmecf-electronic-case-filing. filed by Defendants First American Title Company, Kirsten Parkin. (Attachments: # 1 Exhibit A - Application of Douglas Henkin for Pro Hac Vice Admission, # 2 Text of Proposed Order)(Corey, Jeffrey) (Entered: 03/02/2020) |
| 03/03/2020 | 22 | NOTICE of Appearance by Erik A. Christiansen on behalf of First American Title Company, Kirsten Parkin (Christiansen, Erik) (Entered: 03/03/2020) |
| 03/03/2020 | 23 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM and Memorandum in Support filed by Defendants First American Title Company, Kirsten Parkin. (Attachments: # 1 Exhibit Rockwell PSA - Lillmars, # 2 Exhibit Rockwell PSA - EC9 Holdings, # 3 Exhibit Rockwell PSA - Funk, # 4 Exhibit Rockwell PSA - Hendrix, # 5 Exhibit Rockwell PSA - Dublin, # 6 Exhibit Rockwell PSA - Sarat, # 7 Exhibit Rockwell PSA - Fasko, # 8 Exhibit Rockwell PSA - Samson, # 9 Exhibit Rockwell PSA - Lalli, # 10 Exhibit Rockwell PSA - Talbot, # 11 Exhibit Rockwell PSA - Steinman, # 12 Exhibit Rockwell PSA - |

| | | |
|---|---|---|
| | | DiGiacomo, # [13] Exhibit Rockwell PSA - Seshiki, # [14] Exhibit Rockwell PSA - R & J Steck, # [15] Exhibit Rockwell PSA - Adame, # [16] Exhibit Rockwell PSA - Voynovich Ventures, # [17] Exhibit Rockwell PSA - Wright, # [18] Exhibit Rockwell PSA - Spiritus, # [19] Exhibit Rockwell PSA - Coleman, # [20] Exhibit Rockwell PSA - Greco, # [21] Exhibit Rockwell PSA - Quang Le, # [22] Exhibit Rockwell PSA - Smith, # [23] Exhibit Rockwell PSA - Harder, # [24] Exhibit Rockwell PSA - Johannessen, # [25] Exhibit Rockwell PSA - Fucci, # [26] Exhibit Rockwell PSA - Johannessen 2, # [27] Exhibit Rockwell PSA - Maxon-Multiline, # [28] Exhibit Rockwell PSA - McKoy, # [29] Exhibit Rockwell PSA - Tarbet, # [30] Exhibit Rockwell PSA - AmFil, # [31] Exhibit Rockwell PSA - Winkler, # [32] Exhibit Rockwell PSA - Maxon, # [33] Exhibit Rockwell PSA - Neil, # [34] Exhibit Rockwell PSA - Tierney, # [35] Exhibit Rockwell PSA - Merritt, # [36] Exhibit Rockwell PSA - Zambito, # [37] Exhibit Rockwell PSA - Bromberg, # [38] Exhibit Rockwell PSA - Andreasen, # [39] Exhibit Rockwell PSA - Bonetti, # [40] Exhibit Rockwell PSA - Mint, # [41] Exhibit Rockwell PSA - Luann Properties, # [42] Exhibit Rockwell PSA - Smith 2, # [43] Exhibit Rockwell PSA - Barron, # [44] Exhibit Rockwell PSA - Merritt 2, # [45] Exhibit Rockwell PSA - Paul)(Corey, Jeffrey) (Entered: 03/03/2020) |
| 03/09/2020 | [24] | ORDER granting 21 Motion for Admission Pro Hac Vice of Attorney Douglas W. Henkin for First American Title Company and for Kirsten Parkin.<br><br>*Attorneys admitted Pro Hac Vice must register to efile and receive electronic notification of case activity in the District of Utah at https://www.pacer.gov/cmecf/dcbk.html. Instructions are available at https://www.utd.uscourts.gov/cmecf-electronic-case-filing.*<br><br>*Attorneys admitted Pro Hac Vice may download a copy of the District of Utahs local rules from the courts web site at https://www.utd.uscourts.gov/rules-practice.*<br><br>Signed by Magistrate Judge Dustin B. Pead on 3/9/2020. (nl) (Entered: 03/09/2020) |
| 03/10/2020 | [25] | Stipulated MOTION for Extension of Time to Submit Attorney Planning Meeting Report and Memorandum in Support filed by Defendants First American Title Company, Kirsten Parkin. (Attachments: # [1] Text of Proposed Order)(Corey, Jeffrey) (Entered: 03/10/2020) |
| 03/11/2020 | [26] | ORDER granting 25 Motion Extension of Time to Submit Attorney Planning Meeting Report. ORDERED that the Plaintiffs and the FA Defendants shall submit an Attorney Planning Meeting Report no later than thirty days after the Courts ruling on the FA Defendants pending Motion to Dismiss 23 . Signed by Magistrate Judge Dustin B. Pead on 3/11/2020. (nl) (Entered: 03/11/2020) |
| 03/18/2020 | [27] | NOTICE of Appearance by Sara M. Nielson on behalf of Christopher J. Ashby, Scott W. Beynon, Jordan S. Nelson, Rockwell Debt Free Properties, Rockwell TIC (Nielson, Sara) (Entered: 03/18/2020) |
| 03/18/2020 | [28] | MOTION for Leave to File Excess Pages and Memorandum in Support filed by Defendants Christopher J. Ashby, Scott W. Beynon, Jordan S. Nelson, Rockwell Debt Free Properties, Rockwell TIC. (Attachments: # [1] Text of Proposed Order Granting Motion for Leave to File Excess Pages)(Nielson, Sara) (Entered: 03/18/2020) |
| 03/19/2020 | [29] | ORDER granting 28 Motion for Leave to File Excess Pages. Signed by Magistrate Judge Dustin B. Pead on 3/19/2020. (nl) (Entered: 03/19/2020) |
| 03/19/2020 | 30 | DOCKET TEXT ORDER FOR CASE TO BE REASSIGNED. Based upon the procedural posture of this case, the pending 23 Motion to Dismiss and the need to decide this motion in a judicious and timely manner, the undersigned orders that this case be reassigned to a district judge through random reassignment. Signed by Magistrate Judge Dustin B. Pead on 3/19/20. (no attached document)(mjw) (Entered: 03/19/2020) |

| 03/19/2020 | 31 | NOTICE of Appearance by Jonathan O. Hafen on behalf of Christopher J. Ashby, Scott W. Beynon, Jordan S. Nelson, Rockwell Debt Free Properties, Rockwell TIC (Hafen, Jonathan) (Entered: 03/19/2020) |
| --- | --- | --- |
| 03/19/2020 | 32 | Case randomly assigned to Judge David Barlow per docket text order 30 . Magistrate Judge Dustin B. Pead no longer assigned to the case. (nl) (Entered: 03/19/2020) |
| 03/19/2020 | 33 | NOTICE of Appearance by Chad S. Pehrson on behalf of Christopher J. Ashby, Scott W. Beynon, Jordan S. Nelson, Rockwell Debt Free Properties, Rockwell TIC (Pehrson, Chad) (Entered: 03/19/2020) |
| 03/20/2020 | 34 | NOTICE of Appearance by Royce B. Covington on behalf of Rockwell Debt Free Properties (Covington, Royce) (Entered: 03/20/2020) |
| 03/20/2020 | 35 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM and Memorandum in Support *Against Defendants Rockwell Debt Free Properties, Inc.,; Rockwell TIC, Inc.; Christopher J. Ashby; Jordan S. Nelson; and Scott W. Beynon* filed by Defendants Christopher J. Ashby, Scott W. Beynon, Jordan S. Nelson, Rockwell Debt Free Properties, Rockwell TIC. (Attachments: # 1 Exhibit A - Purchase and Sale Agreement)(Nielson, Sara) (Entered: 03/20/2020) |
| 03/20/2020 | 36 | Amended MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM and Memorandum in Support filed by Defendants Christopher J. Ashby, Scott W. Beynon, Jordan S. Nelson, Rockwell Debt Free Properties, Rockwell TIC. (Attachments: # 1 Exhibit A--Purchase and Sale Agreement)(Nielson, Sara) (Entered: 03/20/2020) |
| 03/23/2020 | 37 | MOTION for Extension of Time to File Answer re 2 Complaint,,,,, filed by Defendants William Bowser, Gabriel Management. (Attachments: # 1 Text of Proposed Order Order Granting Stipulated Motion for Extension of Time to File Response to Complaint) Attorney Daniel K. Brough added to party William Bowser(pty:dft), Attorney Daniel K. Brough added to party Gabriel Management(pty:dft)(Brough, Daniel) (Entered: 03/23/2020) |
| 03/24/2020 | | NAME CORRECTION of First American Title Company. Corrected Name: First American Title Insurance Company. Refer to document number: 2 . Defendant's name was entered incorrectly at case opening. (jwt) (Entered: 03/24/2020) |
| 03/30/2020 | 38 | ORDER granting 37 Motion for Extension of Time to Answer re 2 Complaint. Answer deadline updated for William Bowser answer due 3/31/2020; Gabriel Management answer due 3/31/2020. Signed by Judge David Barlow on 3/30/20. (jwt) (Entered: 03/30/2020) |
| 03/31/2020 | 39 | ANSWER to Complaint with Jury Demand filed by William Bowser, Gabriel Management.(Brough, Daniel) (Entered: 03/31/2020) |
| 04/01/2020 | 40 | MOTION for Extension of Time to File Response/Reply as to 23 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM and Memorandum in Support filed by Plaintiffs Tracy L. Adame, Barney Addamo, Josie Addamo, AmFil Realty, Ambleside Park, Alena C. Andreasen, Ryan V. Andreasen, BP412 LLC, Peter Boli, Jean M. Bonetti, Bernie Bromberg, G. Scott Coleman, Craig A. Cousins, Linda Digiacomo, Michael Digiacomo, E&H Jackson LLC, EC9 Holdings, Ivy S. Fasko, Christopher C. Fucci, Thomas E. Funk, Linda M. Greco, Ross R. Greco, Richard Harder, Susan Harder, Judy Hendrix, Henry Noahs Dublin LLC, Nina D. Johannessen, Dena A. Keith, Theodore E. Keith, John Michael Lalli, III, Liem Quang Le, Carl A. Lillmars, Jr, Donna M. Lillmars, Luann Properties, Prudence Maxon, Timothy D. Maxon, Maxon-Multiline, W. Mark McKoy, Armenay Faye Merritt, Norman L. Merritt, Gary R. Neil, Oak Hill Management, Harvey A. Paul, R&J Steck Investments, Real Mint, The, Rock Noah Oh LLC, Jean Pierre Samson, Jennifer Samson, Henryk Sarat, Alan Seshiki, Alma Seshiki, Anson Smith, Donald P. Smith, Genevieve Smith, Rosemary B. Smith, Eugene Spiritus, Susan Spiritus, |

| | | |
|---|---|---|
| | | Merle L. Steinman, Jr, Lawrence H. Talbot, Russell M. Talbot, Thomas B. Tarbet, Linda Tierney, Martin Tierney, Voynovich Ventures, Gertraude Winkler, Susan M. Wright, William G. Wright, Louis Zambito, Paul Zambito. (Lambert, Reid) (Entered: 04/01/2020) |
| 04/02/2020 | 41 | ORDER granting 40 Stipulated Motion for Extension of Time to File Response to 23 Motion to Dismiss: Plaintiffs' deadline for responding is extended from April 1, 2020 to **April 15, 2020.** Signed by Judge David Barlow on 4/2/20. (dla) (Entered: 04/02/2020) |
| 04/14/2020 | 42 | MOTION for Extension of Time to respond to 36 Amended Motion to Dismiss filed by Plaintiffs Tracy L. Adame, Barney Addamo, Josie Addamo, AmFil Realty, Ambleside Park, Alena C. Andreasen, Ryan V. Andreasen, BP412 LLC, Peter Boli, Jean M. Bonetti, Bernie Bromberg, G. Scott Coleman, Craig A. Cousins, Linda Digiacomo, Michael Digiacomo, E&H Jackson LLC, EC9 Holdings, Ivy S. Fasko, Christopher C. Fucci, Thomas E. Funk, Linda M. Greco, Ross R. Greco, Richard Harder, Susan Harder, Judy Hendrix, Henry Noahs Dublin LLC, Nina D. Johannessen, Dena A. Keith, Theodore E. Keith, John Michael Lalli, III, Liem Quang Le, Carl A. Lillmars, Jr, Donna M. Lillmars, Luann Properties, Prudence Maxon, Timothy D. Maxon, Maxon-Multiline, W. Mark McKoy, Armenay Faye Merritt, Norman L. Merritt, Gary R. Neil, Oak Hill Management, Harvey A. Paul, R&J Steck Investments, Real Mint, The, Rock Noah Oh LLC, Jean Pierre Samson, Jennifer Samson, Henryk Sarat, Alan Seshiki, Alma Seshiki, Anson Smith, Donald P. Smith, Genevieve Smith, Rosemary B. Smith, Eugene Spiritus, Susan Spiritus, Merle L. Steinman, Jr, Lawrence H. Talbot, Russell M. Talbot, Thomas B. Tarbet, Linda Tierney, Martin Tierney, Voynovich Ventures, Gertraude Winkler, Susan M. Wright, William G. Wright, Louis Zambito, Paul Zambito. (Lambert, Reid) Modified on 4/17/2020 changing motion relief to Extension of time to File Response/Reply (jwt). (Entered: 04/14/2020) |
| 04/15/2020 | 43 | MOTION for Extension of Time to Respond to 23 First American's Motion to Dismiss filed by Plaintiffs Tracy L. Adame, Barney Addamo, Josie Addamo, AmFil Realty, Ambleside Park, Alena C. Andreasen, Ryan V. Andreasen, BP412 LLC, Peter Boli, Jean M. Bonetti, Bernie Bromberg, G. Scott Coleman, Craig A. Cousins, Linda Digiacomo, Michael Digiacomo, E&H Jackson LLC, Ivy S. Fasko, Christopher C. Fucci, Thomas E. Funk, Linda M. Greco, Ross R. Greco, Richard Harder, Susan Harder, Judy Hendrix, Henry Noahs Dublin LLC, Nina D. Johannessen, Dena A. Keith, Theodore E. Keith, John Michael Lalli, III, Liem Quang Le, Carl A. Lillmars, Jr, Donna M. Lillmars, Luann Properties, Prudence Maxon, Timothy D. Maxon, Maxon-Multiline, W. Mark McKoy, Armenay Faye Merritt, Norman L. Merritt, Gary R. Neil, Oak Hill Management, Harvey A. Paul, R&J Steck Investments, Real Mint, The, Rock Noah Oh LLC, Jean Pierre Samson, Jennifer Samson, Henryk Sarat, Alan Seshiki, Alma Seshiki, Anson Smith, Donald P. Smith, Genevieve Smith, Rosemary B. Smith, Eugene Spiritus, Susan Spiritus, Merle L. Steinman, Jr, Lawrence H. Talbot, Russell M. Talbot, Thomas B. Tarbet, Linda Tierney, Martin Tierney, Voynovich Ventures, Gertraude Winkler, Susan M. Wright, William G. Wright, Louis Zambito, Paul Zambito. (Lambert, Reid) Modified on 4/17/2020 changed relief type to Extension of Time to File Response/Reply (jwt). (Entered: 04/15/2020) |
| 04/17/2020 | 44 | ORDER granting 42 Motion for Extension of Time to File Response/Reply re 36 Amended MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM and Memorandum in Support. Responses due by 5/1/2020 Signed by Judge David Barlow on 4/17/20. (jwt) (Entered: 04/17/2020) |
| 04/17/2020 | 45 | ORDER granting 43 Motion for Extension of Time to File Response/Reply re 23 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM and Memorandum in Support. Responses due by 4/22/2020 Signed by Judge David Barlow on 4/17/20. (jwt) (Entered: 04/17/2020) |

| 04/22/2020 | 46 | RESPONSE re 23 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM and Memorandum in Support , filed by Tracy L. Adame, Barney Addamo, Josie Addamo, AmFil Realty, Ambleside Park, Alena C. Andreasen, Ryan V. Andreasen, BP412 LLC, Peter Boli, Jean M. Bonetti, Bernie Bromberg, G. Scott Coleman, Craig A. Cousins, Linda Digiacomo, Michael Digiacomo, E&H Jackson LLC, EC9 Holdings, Ivy S. Fasko, Christopher C. Fucci, Thomas E. Funk, Linda M. Greco, Ross R. Greco, Richard Harder, Susan Harder, Judy Hendrix, Henry Noahs Dublin LLC, Nina D. Johannessen, Dena A. Keith, Theodore E. Keith, John Michael Lalli, III, Liem Quang Le, Carl A. Lillmars, Jr, Donna M. Lillmars, Luann Properties, Prudence Maxon, Timothy D. Maxon, Maxon-Multiline, W. Mark McKoy, Armenay Faye Merritt, Norman L. Merritt, Gary R. Neil, Oak Hill Management, Harvey A. Paul, R&J Steck Investments, Real Mint, The, Rock Noah Oh LLC, Jean Pierre Samson, Jennifer Samson, Henryk Sarat, Alan Seshiki, Alma Seshiki, Anson Smith, Donald P. Smith, Genevieve Smith, Rosemary B. Smith, Eugene Spiritus, Susan Spiritus, Merle L. Steinman, Jr, Lawrence H. Talbot, Russell M. Talbot, Thomas B. Tarbet, Linda Tierney, Martin Tierney, Voynovich Ventures, Gertraude Winkler, Susan M. Wright, William G. Wright, Louis Zambito, Paul Zambito. (Lambert, Reid) (Entered: 04/22/2020) |
| 04/30/2020 | 47 | ORDER REFERRING CASE to Magistrate Judge Evelyn J. Furse under 28:636 (b)(1)(A), Magistrate to hear and determine all nondispositive pretrial matters. No attached document. Signed by Judge David Barlow on 04/30/2020. (akj) (Entered: 04/30/2020) |
| 05/01/2020 | 48 | MOTION for Extension of Time to respond to Rockwell Defendants Motion to Dismiss filed by Plaintiffs Tracy L. Adame, Barney Addamo, Josie Addamo, AmFil Realty, Ambleside Park, Alena C. Andreasen, Ryan V. Andreasen, BP412 LLC, Peter Boli, Jean M. Bonetti, Bernie Bromberg, G. Scott Coleman, Craig A. Cousins, Linda Digiacomo, Michael Digiacomo, E&H Jackson LLC, EC9 Holdings, Ivy S. Fasko, Christopher C. Fucci, Thomas E. Funk, Linda M. Greco, Ross R. Greco, Richard Harder, Susan Harder, Judy Hendrix, Henry Noahs Dublin LLC, Nina D. Johannessen, Dena A. Keith, Theodore E. Keith, John Michael Lalli, III, Liem Quang Le, Carl A. Lillmars, Jr, Donna M. Lillmars, Luann Properties, Prudence Maxon, Timothy D. Maxon, Maxon-Multiline, W. Mark McKoy, Armenay Faye Merritt, Norman L. Merritt, Gary R. Neil, Oak Hill Management, Harvey A. Paul, R&J Steck Investments, Real Mint, The, Rock Noah Oh LLC, Jean Pierre Samson, Jennifer Samson, Henryk Sarat, Alan Seshiki, Alma Seshiki, Anson Smith, Donald P. Smith, Genevieve Smith, Rosemary B. Smith, Eugene Spiritus, Susan Spiritus, Merle L. Steinman, Jr, Lawrence H. Talbot, Russell M. Talbot, Thomas B. Tarbet, Linda Tierney, Martin Tierney, Voynovich Ventures, Gertraude Winkler, Susan M. Wright, William G. Wright, Louis Zambito, Paul Zambito. Motions referred to Evelyn J. Furse. (Lambert, Reid) (Entered: 05/01/2020) |
| 05/04/2020 | 49 | MOTION for Extension of Time to File Response/Reply as to 46 Response (NOT to motion),,,,, and Memorandum in Support filed by Defendants First American Title Insurance Company, Kirsten Parkin. (Attachments: # 1 Text of Proposed Order) Motions referred to Evelyn J. Furse.(Corey, Jeffrey) (Entered: 05/04/2020) |
| 05/08/2020 | 50 | ORDER granting 48 Motion for Extension of Time to File Response to Amended Motion to Dismiss. Plaintiffs' deadline for responding is to the Amended Motion to Dismiss is hereby extended from May 1, 2020 to May 8, 2020. Signed by Judge David Barlow on 5/8/20. (jrj) (Entered: 05/08/2020) |
| 05/08/2020 | 51 | ORDER granting 49 Motion for Extension of Time to File Response/Reply. The First American Defendants shall have until May 20, 2020, to file a reply to the Plaintiffs response to the First American Defendants Motion to Dismiss. Signed by Judge David Barlow on 5/7/20. (jrj) (Entered: 05/08/2020) |
| 05/08/2020 | 52 | MOTION for Extension of Time Respond to Rockwell Defendant's Motion to Dismiss |

filed by Plaintiffs Tracy L. Adame, Barney Addamo, Josie Addamo, AmFil Realty, Ambleside Park, Alena C. Andreasen, Ryan V. Andreasen, BP412 LLC, Peter Boli, Jean M. Bonetti, Bernie Bromberg, G. Scott Coleman, Craig A. Cousins, Linda Digiacomo, Michael Digiacomo, E&H Jackson LLC, EC9 Holdings, Ivy S. Fasko, Christopher C. Fucci, Thomas E. Funk, Linda M. Greco, Ross R. Greco, Richard Harder, Susan Harder, Judy Hendrix, Henry Noahs Dublin LLC, Nina D. Johannessen, Dena A. Keith, Theodore E. Keith, John Michael Lalli, III, Liem Quang Le, Carl A. Lillmars, Jr, Donna M. Lillmars, Luann Properties, Prudence Maxon, Timothy D. Maxon, Maxon-Multiline, W. Mark McKoy, Armenay Faye Merritt, Norman L. Merritt, Gary R. Neil, Oak Hill Management, Harvey A. Paul, R&J Steck Investments, Real Mint, The, Rock Noah Oh LLC, Jean Pierre Samson, Jennifer Samson, Henryk Sarat, Alan Seshiki, Alma Seshiki, Anson Smith, Donald P. Smith, Genevieve Smith, Rosemary B. Smith, Eugene Spiritus, Susan Spiritus, Merle L. Steinman, Jr, Lawrence H. Talbot, Russell M. Talbot, Thomas B. Tarbet, Linda Tierney, Martin Tierney, Voynovich Ventures, Gertraude Winkler, Susan M. Wright, William G. Wright, Louis Zambito, Paul Zambito. Motions referred to Evelyn J. Furse. (Lambert, Reid) (Entered: 05/08/2020)

| 05/08/2020 | 53 | ORDER granting Stipulated 52 Motion for Extension of Time to File Response to Amended Motion to Dismiss. Plaintiffs' deadline for responding to the Amended Motion to Dismiss is hereby extended from May 8, 2020 to May 15, 2020. Signed by Judge David Barlow on 5/8/20. (jrj) (Entered: 05/08/2020) |
|---|---|---|
| 05/15/2020 | 54 | Ex Parte (Not Sealed) MOTION for Leave to File Overlength Response filed by Plaintiffs Tracy L. Adame, Barney Addamo, Josie Addamo, AmFil Realty, Ambleside Park, Alena C. Andreasen, Ryan V. Andreasen, BP412 LLC, Peter Boli, Jean M. Bonetti, Bernie Bromberg, G. Scott Coleman, Craig A. Cousins, Linda Digiacomo, Michael Digiacomo, E&H Jackson LLC, EC9 Holdings, Ivy S. Fasko, Christopher C. Fucci, Thomas E. Funk, Linda M. Greco, Ross R. Greco, Richard Harder, Susan Harder, Judy Hendrix, Henry Noahs Dublin LLC, Nina D. Johannessen, Dena A. Keith, Theodore E. Keith, John Michael Lalli, III, Liem Quang Le, Carl A. Lillmars, Jr, Donna M. Lillmars, Luann Properties, Prudence Maxon, Timothy D. Maxon, Maxon-Multiline, W. Mark McKoy, Armenay Faye Merritt, Norman L. Merritt, Gary R. Neil, Oak Hill Management, Harvey A. Paul, R&J Steck Investments, Real Mint, The, Rock Noah Oh LLC, Jean Pierre Samson, Jennifer Samson, Henryk Sarat, Alan Seshiki, Alma Seshiki, Anson Smith, Donald P. Smith, Genevieve Smith, Rosemary B. Smith, Eugene Spiritus, Susan Spiritus, Merle L. Steinman, Jr, Lawrence H. Talbot, Russell M. Talbot, Thomas B. Tarbet, Linda Tierney, Martin Tierney, Voynovich Ventures, Gertraude Winkler, Susan M. Wright, William G. Wright, Louis Zambito, Paul Zambito. Motions referred to Evelyn J. Furse. (Lambert, Reid) (Entered: 05/15/2020) |
| 05/15/2020 | 55 | RESPONSE to Motion re 36 Amended MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM and Memorandum in Support filed by Plaintiffs Tracy L. Adame, Barney Addamo, Josie Addamo, AmFil Realty, Ambleside Park, Alena C. Andreasen, Ryan V. Andreasen, BP412 LLC, Peter Boli, Jean M. Bonetti, Bernie Bromberg, G. Scott Coleman, Craig A. Cousins, Linda Digiacomo, Michael Digiacomo, E&H Jackson LLC, EC9 Holdings, Ivy S. Fasko, Christopher C. Fucci, Thomas E. Funk, Linda M. Greco, Ross R. Greco, Richard Harder, Susan Harder, Judy Hendrix, Henry Noahs Dublin LLC, Nina D. Johannessen, Dena A. Keith, Theodore E. Keith, John Michael Lalli, III, Liem Quang Le, Carl A. Lillmars, Jr, Donna M. Lillmars, Luann Properties, Prudence Maxon, Timothy D. Maxon, Maxon-Multiline, W. Mark McKoy, Armenay Faye Merritt, Norman L. Merritt, Gary R. Neil, Oak Hill Management, Harvey A. Paul, R&J Steck Investments, Real Mint, The, Rock Noah Oh LLC, Jean Pierre Samson, Jennifer Samson, Henryk Sarat, Alan Seshiki, Alma Seshiki, Anson Smith, Donald P. Smith, Genevieve Smith, Rosemary B. Smith, Eugene Spiritus, Susan Spiritus, Merle L. Steinman, Jr, Lawrence H. Talbot, Russell M. Talbot, Thomas B. Tarbet, Linda Tierney, Martin Tierney, Voynovich Ventures, |

| | | |
|---|---|---|
| | | Gertraude Winkler, Susan M. Wright, William G. Wright, Louis Zambito, Paul Zambito. (Attachments: # 1 Exhibit A-D)(Lambert, Reid) (Entered: 05/15/2020) |
| 05/18/2020 | 56 | REASSIGNMENT to Newly Appointed Magistrate Judge. Case Reassigned to Magistrate Judge Daphne A. Oberg. Magistrate Judge Evelyn J. Furse no longer assigned to the case. Case number will now read **2:20-cv-00004-DBB-DAO.** Please make changes to document captions accordingly. Motions referred to Daphne A. Oberg.(rks) (Entered: 05/18/2020) |
| 05/18/2020 | 57 | DOCKET TEXT ORDER GRANTING 54 Motion for Leave to File. Signed by Magistrate Judge Daphne A. Oberg on 5/18/2020. No attached document. (nas) (Entered: 05/18/2020) |
| 05/20/2020 | 58 | REPLY to Response to Motion re 23 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM and Memorandum in Support *(Reply in Further Support)* filed by Defendants First American Title Insurance Company, Kirsten Parkin. (Christiansen, Erik) (Entered: 05/20/2020) |
| 05/22/2020 | 59 | **RESTRICTED DOCUMENT** SUMMONS Returned Executed by Carl A. Lillmars, Jr, Jennifer Samson, Richard Harder, Dena A. Keith, Eugene Spiritus, AmFil Realty, Theodore E. Keith, BP412 LLC, Jean Pierre Samson, Henry Noahs Dublin LLC, Peter Boli, Armenay Faye Merritt, John Michael Lalli, III, Alma Seshiki, Susan Harder, Tracy L. Adame, Linda M. Greco, Linda Digiacomo, Gertraude Winkler, Jean M. Bonetti, Susan M. Wright, Craig A. Cousins, Thomas B. Tarbet, Alena C. Andreasen, Donald P. Smith, W. Mark McKoy, Gary R. Neil, Prudence Maxon, Susan Spiritus, Timothy D. Maxon, Paul Zambito, Louis Zambito, Michael Digiacomo, Ivy S. Fasko, Christopher C. Fucci, Real Mint, The, Henryk Sarat, Norman L. Merritt, Linda Tierney, Barney Addamo, Ross R. Greco, Anson Smith, Rosemary B. Smith, Judy Hendrix, Voynovich Ventures, Alan Seshiki, Rock Noah Oh LLC, Bernie Bromberg, Merle L. Steinman, Jr, Oak Hill Management, Russell M. Talbot, Donna M. Lillmars, Thomas E. Funk, Maxon-Multiline, Lawrence H. Talbot, Josie Addamo, Luann Properties, William G. Wright, Liem Quang Le, Nina D. Johannessen, Martin Tierney, Ryan V. Andreasen, EC9 Holdings, Ambleside Park, E&H Jackson LLC, G. Scott Coleman, R&J Steck Investments, Harvey A. Paul, Genevieve Smith as to Edmund & Wheeler served on 5/20/2020, answer due 6/10/2020. (Lambert, Reid) (Entered: 05/22/2020) |
| 05/22/2020 | 60 | **RESTRICTED DOCUMENT** SUMMONS Returned Executed by Carl A. Lillmars, Jr, Jennifer Samson, Richard Harder, Dena A. Keith, Eugene Spiritus, AmFil Realty, Theodore E. Keith, BP412 LLC, Jean Pierre Samson, Henry Noahs Dublin LLC, Peter Boli, Armenay Faye Merritt, John Michael Lalli, III, Alma Seshiki, Susan Harder, Tracy L. Adame, Linda M. Greco, Linda Digiacomo, Gertraude Winkler, Jean M. Bonetti, Susan M. Wright, Craig A. Cousins, Thomas B. Tarbet, Alena C. Andreasen, Donald P. Smith, W. Mark McKoy, Gary R. Neil, Prudence Maxon, Susan Spiritus, Timothy D. Maxon, Paul Zambito, Louis Zambito, Michael Digiacomo, Ivy S. Fasko, Christopher C. Fucci, Real Mint, The, Henryk Sarat, Norman L. Merritt, Linda Tierney, Barney Addamo, Ross R. Greco, Anson Smith, Rosemary B. Smith, Judy Hendrix, Voynovich Ventures, Alan Seshiki, Rock Noah Oh LLC, Bernie Bromberg, Merle L. Steinman, Jr, Oak Hill Management, Russell M. Talbot, Donna M. Lillmars, Thomas E. Funk, Maxon-Multiline, Lawrence H. Talbot, Josie Addamo, Luann Properties, William G. Wright, Liem Quang Le, Nina D. Johannessen, Martin Tierney, Ryan V. Andreasen, EC9 Holdings, Ambleside Park, E&H Jackson LLC, G. Scott Coleman, R&J Steck Investments, Harvey A. Paul, Genevieve Smith as to J&J Cubit Construction served on 5/20/2020, answer due 6/10/2020. (Lambert, Reid) (Entered: 05/22/2020) |
| 05/29/2020 | 61 | **RESTRICTED DOCUMENT**Summons Issued Electronically as to Chris Brown. Instructions to Counsel: <br>1. Click on the document number. |

|  |  | 2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF. <br> 3. Print the issued summons for service. (kn) (Entered: 05/29/2020) |
|---|---|---|
| 05/29/2020 | 62 | **RESTRICTED DOCUMENT**Summons Issued Electronically as to Connie Greenawalt. <br> Instructions to Counsel: <br> 1. Click on the document number. <br> 2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF. <br> 3. Print the issued summons for service. (kn) (Entered: 05/29/2020) |
| 05/29/2020 | 63 | **RESTRICTED DOCUMENT**Summons Issued Electronically as to Tim Marshall. <br> Instructions to Counsel: <br> 1. Click on the document number. <br> 2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF. <br> 3. Print the issued summons for service. (kn) (Entered: 05/29/2020) |
| 05/29/2020 | 64 | Stipulated MOTION for Extension of Time to File Response/Reply as to 36 Amended MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM and Memorandum in Support and Memorandum in Support filed by Defendants Christopher J. Ashby, Scott W. Beynon, Jordan S. Nelson, Rockwell Debt Free Properties, Rockwell TIC. (Attachments: # 1 Text of Proposed Order Order Granting Stipulated Motion for Extension of Time to File Reply in Support of Motion to Dismiss) Motions referred to Daphne A. Oberg.(Nielson, Sara) (Entered: 05/29/2020) |
| 05/29/2020 | 65 | **RESTRICTED DOCUMENT**Summons Issued Electronically as to John D. Hamrick. <br> Instructions to Counsel: <br> 1. Click on the document number. <br> 2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF. <br> 3. Print the issued summons for service. (kn) (Entered: 05/29/2020) |
| 05/29/2020 | 66 | DOCKET TEXT ORDER GRANTING 64 Motion for Extension of Time to File Response/Reply re 36 Amended MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM and Memorandum in Support. The Rockwell Defendants' deadline for filing a reply memorandum is hereby extended from May 29, 2020 to June 5, 2020. Signed by Magistrate Judge Daphne A. Oberg on 5/29/2020. No attached document. (nas) (Entered: 05/29/2020) |
| 06/04/2020 | 67 | Stipulated MOTION for Extension of Time to File Response/Reply as to 36 Amended MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM and Memorandum in Support and Memorandum in Support filed by Defendants Christopher J. Ashby, Scott W. Beynon, Jordan S. Nelson, Rockwell Debt Free Properties, Rockwell TIC. (Attachments: # 1 Text of Proposed Order Order Granting Stipulated Motion for Extension of Time to File Reply Memorandum in Support of [Amended] Motion to Dismiss Claims Against Defendants) Motions referred to Daphne A. Oberg.(Nielson, Sara) (Entered: 06/04/2020) |
| 06/05/2020 | 68 | ORDER granting 67 Motion for Extension of Time to File Response/Reply re 67 Stipulated MOTION for Extension of Time to File Response/Reply as to 36 Amended MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM and Memorandum in Support and Memorandum in Support Replies due by 6/12/2020. Signed by Magistrate Judge Daphne A. Oberg on 6/5/20. (jrj) (Entered: 06/05/2020) |
| 06/12/2020 | 69 | MOTION for Leave to File Overlength Reply Memorandum Supporting Motion to Dismiss Claims against Defendants Rockwell Debt Free Properties, Inc.,; Rockwell TIC, Inc.; Christopher J. Ashby; Jordan S. Nelson; and Scott W. Beynon and Memorandum in Support filed by Defendants Christopher J. Ashby, Scott W. Beynon, Jordan S. Nelson, Rockwell Debt Free Properties, Rockwell TIC. (Attachments: # 1 Text of Proposed Order |

| | | Order Granting Motion for Leave to File Overlength Reply Memorandum Supporting Motion to Dismiss Claims) Motions referred to Daphne A. Oberg.(Nielson, Sara) (Entered: 06/12/2020) |
|---|---|---|
| 06/12/2020 | 70 | REPLY to Response to Motion re 36 Amended MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM and Memorandum in Support filed by Defendants Christopher J. Ashby, Scott W. Beynon, Jordan S. Nelson, Rockwell Debt Free Properties, Rockwell TIC. (Nielson, Sara) (Entered: 06/12/2020) |
| 06/15/2020 | 71 | DOCKET TEXT ORDER GRANTING 69 Motion for Leave to File. Signed by Magistrate Judge Daphne A. Oberg on 6/15/2020. No attached document. (jeh) (Entered: 06/15/2020) |
| 06/22/2020 | 72 | **RESTRICTED DOCUMENT** RETURN OF SERVICE Executed for Personl served on Chris Brown on 5/29/2020, filed by Plaintiffs Tracy L. Adame, Barney Addamo, Josie Addamo, AmFil Realty, Ambleside Park, Alena C. Andreasen, Ryan V. Andreasen, BP412 LLC, Peter Boli, Jean M. Bonetti, Bernie Bromberg, G. Scott Coleman, Craig A. Cousins, Linda Digiacomo, Michael Digiacomo, E&H Jackson LLC, EC9 Holdings, Ivy S. Fasko, Christopher C. Fucci, Thomas E. Funk, Linda M. Greco, Ross R. Greco, Richard Harder, Susan Harder, Judy Hendrix, Henry Noahs Dublin LLC, Nina D. Johannessen, Dena A. Keith, Theodore E. Keith, John Michael Lalli, III, Liem Quang Le, Carl A. Lillmars, Jr, Donna M. Lillmars, Luann Properties, Prudence Maxon, Timothy D. Maxon, Maxon-Multiline, W. Mark McKoy, Armenay Faye Merritt, Norman L. Merritt, Gary R. Neil, Oak Hill Management, Harvey A. Paul, R&J Steck Investments, Real Mint, The, Rock Noah Oh LLC, Jean Pierre Samson, Jennifer Samson, Henryk Sarat, Alan Seshiki, Alma Seshiki, Anson Smith, Donald P. Smith, Genevieve Smith, Rosemary B. Smith, Eugene Spiritus, Susan Spiritus, Merle L. Steinman, Jr, Lawrence H. Talbot, Russell M. Talbot, Thomas B. Tarbet, Linda Tierney, Martin Tierney, Voynovich Ventures, Gertraude Winkler, Susan M. Wright, William G. Wright, Louis Zambito, Paul Zambito. (Lambert, Reid) (Entered: 06/22/2020) |
| 06/22/2020 | 73 | **RESTRICTED DOCUMENT** SUMMONS Returned Executed by Carl A. Lillmars, Jr, Jennifer Samson, Richard Harder, Dena A. Keith, Eugene Spiritus, AmFil Realty, Theodore E. Keith, BP412 LLC, Jean Pierre Samson, Henry Noahs Dublin LLC, Peter Boli, Armenay Faye Merritt, John Michael Lalli, III, Alma Seshiki, Susan Harder, Tracy L. Adame, Linda M. Greco, Linda Digiacomo, Gertraude Winkler, Jean M. Bonetti, Susan M. Wright, Craig A. Cousins, Thomas B. Tarbet, Alena C. Andreasen, Donald P. Smith, W. Mark McKoy, Gary R. Neil, Prudence Maxon, Susan Spiritus, Timothy D. Maxon, Paul Zambito, Louis Zambito, Michael Digiacomo, Ivy S. Fasko, Christopher C. Fucci, Real Mint, The, Henryk Sarat, Norman L. Merritt, Linda Tierney, Barney Addamo, Ross R. Greco, Anson Smith, Rosemary B. Smith, Judy Hendrix, Voynovich Ventures, Alan Seshiki, Rock Noah Oh LLC, Bernie Bromberg, Merle L. Steinman, Jr, Oak Hill Management, Russell M. Talbot, Donna M. Lillmars, Thomas E. Funk, Maxon-Multiline, Lawrence H. Talbot, Josie Addamo, Luann Properties, William G. Wright, Liem Quang Le, Nina D. Johannessen, Martin Tierney, Ryan V. Andreasen, EC9 Holdings, Ambleside Park, E&H Jackson LLC, G. Scott Coleman, R&J Steck Investments, Harvey A. Paul, Genevieve Smith as to John D. Hamrick served on 5/29/2020, answer due 6/19/2020. (Lambert, Reid) (Entered: 06/22/2020) |
| 06/22/2020 | 74 | **RESTRICTED DOCUMENT** SUMMONS Returned Executed by Carl A. Lillmars, Jr, Jennifer Samson, Richard Harder, Dena A. Keith, Eugene Spiritus, AmFil Realty, Theodore E. Keith, BP412 LLC, Jean Pierre Samson, Henry Noahs Dublin LLC, Peter Boli, Armenay Faye Merritt, John Michael Lalli, III, Alma Seshiki, Susan Harder, Tracy L. Adame, Linda M. Greco, Linda Digiacomo, Gertraude Winkler, Jean M. Bonetti, Susan M. Wright, Craig A. Cousins, Thomas B. Tarbet, Alena C. Andreasen, Donald P. Smith, W. Mark McKoy, Gary R. Neil, Prudence Maxon, Susan Spiritus, Timothy D. Maxon, Paul Zambito, Louis Zambito, Michael Digiacomo, Ivy S. Fasko, Christopher C. Fucci, Real |

| | | |
|---|---|---|
| | | Mint, The, Henryk Sarat, Norman L. Merritt, Linda Tierney, Barney Addamo, Ross R. Greco, Anson Smith, Rosemary B. Smith, Judy Hendrix, Voynovich Ventures, Alan Seshiki, Rock Noah Oh LLC, Bernie Bromberg, Merle L. Steinman, Jr, Oak Hill Management, Russell M. Talbot, Donna M. Lillmars, Thomas E. Funk, Maxon-Multiline, Lawrence H. Talbot, Josie Addamo, Luann Properties, William G. Wright, Liem Quang Le, Nina D. Johannessen, Martin Tierney, Ryan V. Andreasen, EC9 Holdings, Ambleside Park, E&H Jackson LLC, G. Scott Coleman, R&J Steck Investments, Harvey A. Paul, Genevieve Smith as to Chris Brown served on 5/29/2020, answer due 6/19/2020. (Lambert, Reid) (Entered: 06/22/2020) |
| 07/10/2020 | 75 | **RESTRICTED DOCUMENT** SUMMONS Returned Executed by Carl A. Lillmars, Jr, Jennifer Samson, Richard Harder, Dena A. Keith, Eugene Spiritus, AmFil Realty, Theodore E. Keith, BP412 LLC, Jean Pierre Samson, Henry Noahs Dublin LLC, Peter Boli, Armenay Faye Merritt, John Michael Lalli, III, Alma Seshiki, Susan Harder, Tracy L. Adame, Linda M. Greco, Linda Digiacomo, Gertraude Winkler, Jean M. Bonetti, Susan M. Wright, Craig A. Cousins, Thomas B. Tarbet, Alena C. Andreasen, Donald P. Smith, W. Mark McKoy, Gary R. Neil, Prudence Maxon, Susan Spiritus, Timothy D. Maxon, Paul Zambito, Louis Zambito, Michael Digiacomo, Ivy S. Fasko, Christopher C. Fucci, Real Mint, The, Henryk Sarat, Norman L. Merritt, Linda Tierney, Barney Addamo, Ross R. Greco, Anson Smith, Rosemary B. Smith, Judy Hendrix, Voynovich Ventures, Alan Seshiki, Rock Noah Oh LLC, Bernie Bromberg, Merle L. Steinman, Jr, Oak Hill Management, Russell M. Talbot, Donna M. Lillmars, Thomas E. Funk, Maxon-Multiline, Lawrence H. Talbot, Josie Addamo, Luann Properties, William G. Wright, Liem Quang Le, Nina D. Johannessen, Martin Tierney, Ryan V. Andreasen, EC9 Holdings, Ambleside Park, E&H Jackson LLC, G. Scott Coleman, R&J Steck Investments, Harvey A. Paul, Genevieve Smith as to Eastern 1031 Starker Exchange LLC served on 6/11/2020, answer due 7/2/2020. (Lambert, Reid) (Entered: 07/10/2020) |
| 07/10/2020 | 76 | **RESTRICTED DOCUMENT** SUMMONS Returned Executed by Carl A. Lillmars, Jr, Jennifer Samson, Richard Harder, Dena A. Keith, Eugene Spiritus, AmFil Realty, Theodore E. Keith, BP412 LLC, Jean Pierre Samson, Henry Noahs Dublin LLC, Peter Boli, Armenay Faye Merritt, John Michael Lalli, III, Alma Seshiki, Susan Harder, Tracy L. Adame, Linda M. Greco, Linda Digiacomo, Gertraude Winkler, Jean M. Bonetti, Susan M. Wright, Craig A. Cousins, Thomas B. Tarbet, Alena C. Andreasen, Donald P. Smith, W. Mark McKoy, Gary R. Neil, Prudence Maxon, Susan Spiritus, Timothy D. Maxon, Paul Zambito, Louis Zambito, Michael Digiacomo, Ivy S. Fasko, Christopher C. Fucci, Real Mint, The, Henryk Sarat, Norman L. Merritt, Linda Tierney, Barney Addamo, Ross R. Greco, Anson Smith, Rosemary B. Smith, Judy Hendrix, Voynovich Ventures, Alan Seshiki, Rock Noah Oh LLC, Bernie Bromberg, Merle L. Steinman, Jr, Oak Hill Management, Russell M. Talbot, Donna M. Lillmars, Thomas E. Funk, Maxon-Multiline, Lawrence H. Talbot, Josie Addamo, Luann Properties, William G. Wright, Liem Quang Le, Nina D. Johannessen, Martin Tierney, Ryan V. Andreasen, EC9 Holdings, Ambleside Park, E&H Jackson LLC, G. Scott Coleman, R&J Steck Investments, Harvey A. Paul, Genevieve Smith as to Connie Greenawalt served on 6/11/2020, answer due 7/2/2020. (Lambert, Reid) (Entered: 07/10/2020) |
| 07/20/2020 | 77 | MOTION for Leave to File *Overlength Motion to Dismiss* filed by Defendants Chris Brown, Edmund & Wheeler, John D. Hamrick, Tim Marshall, TM 1031 Exchange. Motions referred to Daphne A. Oberg. Attorney Scott D. Sweeney added to party Chris Brown(pty:dft), Attorney Scott D. Sweeney added to party Edmund & Wheeler(pty:dft), Attorney Scott D. Sweeney added to party John D. Hamrick(pty:dft), Attorney Scott D. Sweeney added to party Tim Marshall(pty:dft), Attorney Scott D. Sweeney added to party TM 1031 Exchange(pty:dft)(Sweeney, Scott) (Entered: 07/20/2020) |
| 07/20/2020 | 78 | ORDER granting 77 Motion for Leave to File Overlength Motion to Dismiss Plaintiffs |

| | | |
|---|---|---|
| | | Complaint. The above-named Defendants are permitted to file a Motion to Dismiss that exceeds the page limit by three (3) pages. Signed by Judge David Barlow on 7/20/20. (jrj) (Entered: 07/20/2020) |
| 07/20/2020 | 79 | MOTION to Dismiss filed by Defendants John D. Hamrick, Tim Marshall, TM 1031 Exchange. (Sweeney, Scott) (Entered: 07/20/2020) |
| 07/31/2020 | 80 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM and Memorandum in Support filed by Defendants Eastern 1031 Starker Exchange LLC, Eastern 1031 Starker Exchange LLP, Connie Greenawalt. Attorney David L. Mortensen added to party Eastern 1031 Starker Exchange LLC(pty:dft), Attorney David L. Mortensen added to party Eastern 1031 Starker Exchange LLP(pty:dft), Attorney David L. Mortensen added to party Connie Greenawalt(pty:dft)(Mortensen, David) (Entered: 07/31/2020) |
| 08/03/2020 | 81 | NOTICE of Appearance by Joseph M. Stultz on behalf of J&J Cubit Construction, Brandon M. Jensen, Scott Jensen (Stultz, Joseph) (Entered: 08/03/2020) |
| 08/03/2020 | 82 | NOTICE of Appearance by Landon A. Allred on behalf of J&J Cubit Construction, Brandon M. Jensen, Scott Jensen (Allred, Landon) (Entered: 08/03/2020) |
| 08/14/2020 | 83 | Stipulated MOTION for Extension of Time to File Response to Defendants Edmund & Wheeler, Inc., John D. Hamrick, chris Brown, TM 1031 Exchange and Tim Marshall's Motion to Dismiss Complaint Pursuant to Fed. R. Civ. P. 12(b)(2) & 12(b)(6) filed by Plaintiffs Tracy L. Adame, Barney Addamo, Josie Addamo, AmFil Realty, Ambleside Park, Alena C. Andreasen, Ryan V. Andreasen, BP412 LLC, Peter Boli, Jean M. Bonetti, Bernie Bromberg, G. Scott Coleman, Craig A. Cousins, Linda Digiacomo, Michael Digiacomo, E&H Jackson LLC, EC9 Holdings, Ivy S. Fasko, Christopher C. Fucci, Thomas E. Funk, Linda M. Greco, Ross R. Greco, Richard Harder, Susan Harder, Judy Hendrix, Henry Noahs Dublin LLC, Nina D. Johannessen, Dena A. Keith, Theodore E. Keith, John Michael Lalli, III, Liem Quang Le, Carl A. Lillmars, Jr, Donna M. Lillmars, Luann Properties, Prudence Maxon, Timothy D. Maxon, Maxon-Multiline, W. Mark McKoy, Armenay Faye Merritt, Norman L. Merritt, Gary R. Neil, Oak Hill Management, Harvey A. Paul, R&J Steck Investments, Real Mint, The, Rock Noah Oh LLC, Jean Pierre Samson, Jennifer Samson, Henryk Sarat, Alan Seshiki, Alma Seshiki, Anson Smith, Donald P. Smith, Genevieve Smith, Rosemary B. Smith, Eugene Spiritus, Susan Spiritus, Merle L. Steinman, Jr, Lawrence H. Talbot, Russell M. Talbot, Thomas B. Tarbet, Linda Tierney, Martin Tierney, Voynovich Ventures, Gertraude Winkler, Susan M. Wright, William G. Wright, Louis Zambito, Paul Zambito. Motions referred to Daphne A. Oberg. (Lambert, Reid) (Entered: 08/14/2020) |
| 08/17/2020 | 84 | DOCKET TEXT ORDER GRANTING 83 Motion for Extension of Time. Plaintiffs' response is due September 8, 2020. Signed by Magistrate Judge Daphne A. Oberg on 8/17/2020. No attached document. (jeh) (Entered: 08/17/2020) |
| 08/28/2020 | 85 | Stipulated MOTION for Extension of Time to file Response to Defendants Connie Greenawalt and Eastern 1031 Starker Exchange, LLP's Motion to Dismiss filed by Plaintiffs Tracy L. Adame, Barney Addamo, Josie Addamo, AmFil Realty, Ambleside Park, Alena C. Andreasen, Ryan V. Andreasen, BP412 LLC, Peter Boli, Jean M. Bonetti, Bernie Bromberg, G. Scott Coleman, Craig A. Cousins, Linda Digiacomo, Michael Digiacomo, E&H Jackson LLC, EC9 Holdings, Ivy S. Fasko, Christopher C. Fucci, Thomas E. Funk, Linda M. Greco, Ross R. Greco, Richard Harder, Susan Harder, Judy Hendrix, Henry Noahs Dublin LLC, Nina D. Johannessen, Dena A. Keith, Theodore E. Keith, John Michael Lalli, III, Liem Quang Le, Carl A. Lillmars, Jr, Donna M. Lillmars, Luann Properties, Prudence Maxon, Timothy D. Maxon, Maxon-Multiline, W. Mark McKoy, Armenay Faye Merritt, Norman L. Merritt, Gary R. Neil, Oak Hill Management, Harvey A. Paul, R&J Steck Investments, Real Mint, The, Rock Noah Oh LLC, Jean Pierre Samson, Jennifer Samson, Henryk Sarat, Alan Seshiki, Alma Seshiki, Anson Smith, |

| | | Donald P. Smith, Genevieve Smith, Rosemary B. Smith, Eugene Spiritus, Susan Spiritus, Merle L. Steinman, Jr, Lawrence H. Talbot, Russell M. Talbot, Thomas B. Tarbet, Linda Tierney, Martin Tierney, Voynovich Ventures, Gertraude Winkler, Susan M. Wright, William G. Wright, Louis Zambito, Paul Zambito. Motions referred to Daphne A. Oberg. (Lambert, Reid) (Entered: 08/28/2020) |
|---|---|---|
| 08/31/2020 | 86 | DOCKET TEXT ORDER GRANTING 85 Motion for Extension of Time. Response due September 18, 2020. Signed by Magistrate Judge Daphne A. Oberg on 8/31/2020. No attached document. (jeh) (Entered: 08/31/2020) |
| 09/02/2020 | 87 | NOTICE of Bankruptcy Filing and Automatic Stay by Rockwell Debt Free Properties, Rockwell TIC (Nielson, Sara) (Entered: 09/02/2020) |
| 09/03/2020 | | Case Stayed per 87 . (jrj) (Entered: 09/03/2020) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 09/21/2020 15:08:30 | | | |
| PACER Login: | dentonsus1 | Client Code: | 99999108-000008-020286 |
| Description: | Docket Report | Search Criteria: | 2:20-cv-00004-DBB-DAO |
| Billable Pages: | 30 | Cost: | 3.00 |