IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| ROSA DiTUCCI, an individual, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CHRISTOPHER J. ASHBY, an individual, et al., <br><br> Defendants. | ORDER of DEFAULT JUDGMENT AGAINST DEFENDANT GABRIEL MANAGEMENT CORPORATION <br><br> Case No. 2:19-cv-277-TC |

On August 25, 2020, Plaintiffs filed a Motion for Entry of Default as to Gabriel Management Corporation (ECF No. 190). Based on that motion, which was unopposed, the court issued an Order to Show Cause (OSC) (ECF No. 204) on October 1, 2020, to Gabriel. The OSC required Gabriel "to appear through legal counsel and show good cause why it did not appear" as ordered by Magistrate Judge Bennett in his July 17, 2020 Order Granting Motion for Leave to Withdraw as Counsel (ECF No. 181).

In the OSC, the court stated that if Gabriel failed to follow the instructions in the OSC, the court would enter default judgment against it. Gabriel has not appeared to date and the time for doing so has passed.

Because Gabriel has failed to comply with Judge Bennett's Order and the OSC, the court GRANTS Plaintiffs' Motion. It is hereby ORDERED that default judgment is entered against

1

Defendant Gabriel Management Corporation and in favor of the Plaintiffs.

SO ORDERED this 16th day of October, 2020.

BY THE COURT:

*Tena Campbell*

TENA CAMPBELL
U.S. District Court Judge