# Exhibit A







































