BRENDA E. WEINBERG (16187)
Telephone: (435) 901-4249
Brendaweinberg12@gmail.com

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| ROSA DiTUCCI, STEVEN R. LaROZA, DEBRA A. LaROZA, BRUCE I. ROSE, MAUREEN A. ROSE, SANFORD ROBERTS, HELAINE B. ROBERTS, RUSSELL E. HERTRICH, FRED JACOB, EDWARD A. HENNESSEY, PAMELA A. CAPLINGER, on behalf of the ESTATE OF JAMES M. CAPLINGER, JR., RUSSELL E. HERTRICH REVOCABLE TRUST, SANFORD ROBERTS REVOCABLE TRUST, HELAINE B. ROBERTS REVOCABLE TRUST, THE FRED JACOB LIVING TRUST, EDWARD A. HENNESSEY 2001 REVOCABLE LIVING TRUST; CAMAC, INC., and BLUSH PROPERTY, LLC,<br><br>*Plaintiffs*,<br><br>vs.<br><br>WILLIAM BOWSER, GABRIEL MANAGEMENT CORPORATION, NOAH CORPORATION, KIRSTEN PARKIN, FIRST AMERICAN TITLE COMPANY,<br><br>*Defendants*. | **ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBIT A TO NOTICE OF ATTORNEY'S LIEN**<br><br>Case No. 2:19-cv-00277<br><br>The Honorable Tena Campbell<br>Magistrate Judge Jared C. Bennett |

The Court, having reviewed the Motion for Leave to File Under Seal Exhibit A to Notice of Attorney's Lien, hereby GRANTS the Motion (ECF No. 260) and ORDERS that Exhibit A is hereby sealed.

IT IS SO ORDERED.

DATED this 6th day of October, 2021.

BY THE COURT:

JARED C. BENNETT
United States Magistrate Judge

## CERTIFICATE OF SERVICE

      I hereby certify that on the 9th day of October, 2021, I electronically filed the foregoing **[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBIT A TO NOTICE OF ATTORNEY'S LIEN** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service.

                                                  /s/ Brenda E. Weinberg

4813-3120-1786, v. 1