AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

ROSA DITUCCI, an individual, et al.,

       Plaintiffs,

v.

CHRISTOPHER J. ASHBY, an individual, et al.,

       Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:19-cv-277-TC-JCB

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Federal Rule of Civil Procedure 54(b), judgment is entered in favor of Plaintiffs and against Defendant William Bowser only, in the amount of $3.3 million.

January 3, 2022
_Date_

BY THE COURT:

_Tena Campbell_
Tena Campbell
United States District Court Judge