AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

ROSA DITUCCI,

        Plaintiff,

    v.

KIRSTEN PARKIN,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:19-cv-00277-TC

IT IS ORDERED AND ADJUDGED

That this action is dismissed without prejudice for lack of subject matter jurisdiction.

March 31, 2025
*Date*

BY THE COURT:

*Tena Campbell*
Tena Campbell
United States District Judge