Case: 2:19cv277

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

APR 04 2025

GARY P. SERDAR
CLERK OF COURT
BY _____
DEPUTY CLERK

William Bowser
401 BALLANTYNE COMMON CIR #305
HENDERSONVILLE, NC 28792

----------------------------------------------------------

District Court
of Utah

he Clerk
Courthouse

est Temple
ity, Utah
)1

siness



quadient
FIRST-CLASS MAIL
IMI
$000.97⁰
03/31/2025 ZIP 84101
043M31261400
US POSTAGE

NIXIE     841 NFE 1     ZSI0004/02/25
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 84101190899     *0235-02756-01-42

MIME−Version:1.0 From:utd_enotice@utd.uscourts.gov To:ecf_notice@localhost.localdomain Message−Id: Subject:Activity in Case 2:19−cv−00277−TC−JCB DiTucci et al v. Ashby et al Memorandum Decision Content−Type: text/html

*This is an automatic e−mail message generated by the CM/ECF system. If you need assistance, call the Help Desk at (801)524−6100.*
***NOTE TO PUBLIC ACCESS USERS*** *There is no charge for viewing opinions.*

US District Court Electronic Case Filing System

District of Utah

**Notice of Electronic Filing**

The following transaction was entered on 3/31/2025 at 2:03 PM MDT and filed on 3/31/2025

*Case Name:*     DiTucci et al v. Ashby et al
*Case Number:*   2:19−cv−00277−TC−JCB</A>
*Filer:*
*Document Number:* 352

*Docket Text:*
**MEMORANDUM DECISION AND ORDER DISMISSING CASE for Lack of Subject Matter Jurisdiction. Signed by Judge Tena Campbell on 3/31/25 (alt)**

**2:19−cv−00277−TC−JCB Notice has been electronically mailed to:**

Mark S. Swan     mswan@strongandhanni.com

Richard A. Van Wagoner     rvanwagoner@spencerfane.com, intakeclerk@scmlaw.com, kbond@spencerfane.com, mneff@spencerfane.com, rick−van−wagoner−0094@ecf.pacerpro.com

Jonathan O. Hafen     jhafen@parrbrown.com, calendar@parrbrown.com, cgiles@parrbrown.com

Wesley D. Felix     wes@nchwlaw.com, jennifers@nchwlaw.com

David L. Mortensen     dmortensen@foley.com, david−mortensen−0592@ecf.pacerpro.com, skamaya@foley.com

David W. Tufts     david.tufts@dentons.com, kristin.hughes@dentons.com

P. Matthew Cox     mcox@spencerfane.com, ecasaday@spencerfane.com, matthew−cox−8159@ecf.pacerpro.com

Royce B. Covington     rcovington@parrbrown.com, calendar@parrbrown.com

Daniel K. Brough (Terminated)     dbrough@btjd.com, docketing@btjd.com, hollyv@btjd.com

J. Tayler Fox    tayler.fox@dentons.com, kristin.hughes@dentons.com

Chad S. Pehrson    cpehrson@kba.law, acoats@kba.law, calendar@kba.law, cpehrson.kba.law@recap.email

Sara M. Nielson    snielson@parrbrown.com, calendar@parrbrown.com

Jacob L. Fonnesbeck    jfonnesbeck@sffirm.com, jfonnesbeck@gmail.com, mhernandez@sffirm.com, pmartinez@sffirm.com

Ryan M. Merriman (Terminated)    rmerriman@btjd.com, bboynton@btjd.com, docketing@btjd.com, kdunn@btjd.com

Brenda E. Weinberg (Terminated)    bweinberg@ck.law, jsummerhays@ck.law

Douglas W. Henkin    douglas.henkin@dentons.com, DOCKET.GENERAL.LIT.KCM@dentons.com, DOCKET.GENERAL.LIT.NYC@dentons.com

**2:19−cv−00277−TC−JCB Notice has been delivered by other means to:**

William Bowser
401 BALLANTYNE COMMON CIR #305
HENDERSONVILLE, NC 28792

The following document(s) are associated with this transaction:

***Document description:***Main Document
***Original filename:***n/a
***Electronic document Stamp:***
[STAMP dcecfStamp_ID=1060034973 [Date=3/31/2025] [FileNumber=6101855−0
] [bafbc53541e31264a37fab15a0d424b8acfc7181947bd2a648d0e1187c360aaf7e9
433b7861c80f3a8ec0117983911657f855531e62d598474a8998bc546ca52]]